IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| RADIANT PLUMBING SERVICE, INC., | § § § | |
| Plaintiff / Counter Defendant, | § § | |
| v. | § § | 1:20-cv-264-RP |
| RADIANT ELECTRICAL SERVICES, LLC, | § § § | |
| Defendant / Counter Plaintiff. | § | |

### FINAL JUDGMENT

On April 16, 2021, the Court issued an order the Court filed a stipulated consent judgment and permanent injunction. (Dkt. 41; *see* Motion to File, Dkt. 40; Notice of Settlement, Dkt. 38). On that date, the Court inadvertently omitted a Final Judgment order.

As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**IT IS ORDERED** that that each party bear its own costs.

**SIGNED** on June 8, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE